## SECOND MISSIONARY BAPTIST CHURCH v. KEYS.

No. 972.    Opinion Filed November 16, 1910.

**APPEAL AND ERROR—Absence of Record of Judgment—Dismissal.**
The case-made or transcript in this court not showing a judgment of record in the lower court, which it is sought to have vacated or modified, it was moved that the appeal be dismissed on that ground, the plaintiff in error having been permitted to withdraw said case-made or transcript from the clerk's office, and having defaulted in returning same to said office. and having made no response to said motion to dismiss, the appeal will be dismissed.

(Syllabus by the Court.)

*Error from District Court, Nowata County; T. L. Brown, Judge.*

Action between L. A. Keys and the Second Missionary Baptist Church (colored) of Nowata.    Appeal by the church dismissed.

*Preston G. Davis,* for plaintiff in error.

*W. D. Humphrey* and *J. A. Tillotson,* for defendant in error.

WILLIAMS, J.    On December 24, 1909, defendant in error moved to dismiss this appeal on the ground that the alleged judgment appealed from did not appear of record in the lower court as appeared from the record in this court.

On the 15th day of December, 1909, the attorney for the plaintiff in error was permitted by this court to withdraw the case-made or transcript and the same has neither been returned to the files of this court nor any response made to this motion.

The appeal is therefore dismissed.

All the Justices concur.